[No. 6,721.—Department One.]

## P. S. WILCOX *v.* C. HAUSCH ET AL.

PLEADING.

APPEAL from a judgment for the plaintiff, in the Thirteenth District Court, County of Tulare. CAMPBELL, J.

The COURT:

While we do not think it would be well to adopt the answer in this case as a model, we are nevertheless of the opinion that it does, by denials and affirmative averments, set forth enough to entitle the defendants to a trial upon the merits.

Judgment reversed, and cause remanded, with directions to the Court below to overrule the demurrer to the answer.